O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG BYEON,<br><br>          Plaintiff,<br><br>     v.<br><br>MORAN HOME BUILDERS, INC., JOSE MORAN, JVD SERVICES INC. d/b/a PRO-GRAM REALTY, GOLDEN STATE APPRAISAL COMPANY, GMAC MORTAGE LLC a.k.a. GMAC MORTGAGE CORPORATION and DOES 1-10<br><br>          Defendants. | Case No. EDCV 09-1758-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED in part WITH PREJUDICE and in part WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 12, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge